UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEHAVRE OWNERS CORP.,

                                        Case No.: 1:20-cv-05877

                    Plaintiff,

    -against-

MARK SALADINO,

                    Defendant.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE OF JEREMY M. KOUFAKIS FOR PLAINTIFF

PLEASE TAKE NOTICE that Jeremy M. Koufakis hereby appears as counsel for Plaintiff. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: December 3, 2020

                                                    **MILMAN LABUDA LAW GROUP PLLC**

                                                    By: <u>Jeremy M. Koufakis</u>
                                                    *Attorneys for Plaintiff*
                                                    3000 Marcus Ave., Suite 3W8
                                                    Lake Success, NY 11042
                                                    (516) 328-8899
                                                    jeremy@mllaborlaw.com