**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**LEHAVRE OWNERS CORP.,**

                                    **Case No.: 1:20-cv-05877**

                       **Plaintiff,**             **NOTICE OF VOLUNTARY**
                                           **DISMISSAL**

        **-against-**

**MARK SALADINO,**

                       **Defendant.**
-----------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, and whereas no responsive pleading has yet been served on behalf of Defendant

Mark Saladino, Plaintiff LeHavre Owners Corp., hereby dismisses the above-caption action with

prejudice and without costs to any party.

Dated: Lake Success, New York
       April 12, 20201

                                  **MILMAN LABUDA LAW GROUP PLLC**

                                  By:_____/s_____
                                  Jeremy M. Koufakis, Esq.
                                  *Attorneys for Plaintiff*
                                  3000 Marcus Ave., Suite 3W8
                                  Lake Success, NY 11042
                                  (516) 328-8899
                                  jeremy@mllaborlaw.com